**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:08-cr-136-T-26MAP

GARY JOHNSON
_____/

## O R D E R

Upon due consideration of the parties' submissions, including defense counsel's representation that Defendant will stipulate to his status as a convicted felon and the representations of Government counsel, it is ordered and adjudged that Defendant's Motion in Limine (Dkt. 15) is denied as moot. Government counsel shall immediately advise the Court and defense counsel in the event he changes his trial strategy and decides to introduce Defendant's recorded statement to internal affairs officers of the Plant City Police Department in the Government's case-in-chief. The Court will reserve ruling with regard to whether the statement or any redacted part of it would be admissible as rebuttal evidence against Defendant.

**DONE AND ORDERED** at Tampa, Florida, on July 1, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record